

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00666-CV

Javier **GARZA**, David Macdonald, Albert Macdonald, and Dana M. Brittenham, in their
individual capacities and their capacities as trustees of the Teresa Garza Trust,
Appellants

v.

Joel **ANDERSON**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK000509D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of the appeal are assessed against appellants.

SIGNED August 9, 2023.

_____
Lori I. Valenzuela, Justice